BROWER v. NEWBURGER COTTON CO. (Circuit Court of Appeals, Fifth Circuit. March 24, 1903.) No. 1,215. In Error to the Circuit Court of the United States for the Northern District of Mississippi. Robertson Horton, for plaintiff in error. Jas. Stone and J. O. Wilson, for defendant in error. Before PARDEE, McCORMICK, and SHELBY, Circuit Judges.

PER CURIAM. The only material assignment of error is that the circuit court erred in not directing a verdict for the defendant (plaintiff in error here). After a careful consideration of the evidence and the able argument in behalf of the plaintiff in error, we are of opinion that the case was properly submitted to the jury, and that there is no error in the record. The judgment of the circuit court is therefore affirmed.

---

CALHOUN v. SOUTHERN COTTON OIL CO. (Circuit Court of Appeals, Fifth Circuit. April 7, 1903.) No. 1,214. Appeal from the Circuit Court of the United States for the Northern District of Georgia. Benj. F. Abbott and C. P. Joree, for appellant. Alex. C. King and Jack J. Spalding, for appellee. Before PARDEE, McCORMICK, and SHELBY, Circuit Judges.

PER CURIAM. For reasons given by Judge Newman ([C. C.] 120 Fed. 513) found in the transcript, and on the further ground of laches (see McLaughlin v. People's Railway Co. [C. C.] 21 Fed. 574; Woodmance & Hewitt Mfg. Co. v. Williams, 15 C. C. A. 720, 68 Fed. 489; Richardson v. Osborne & Co., 36 C. C. A. 610, 93 Fed. 828; Covert v. Travers Bros. [C. C.] 96 Fed. 568), the decree appealed from is affirmed.

---

DAVID ARMITAGE & SON, Limited, v. HANIFEN. (Circuit Court of Appeals, Third Circuit. April 2, 1903.) Appeal from the Circuit Court of the United States for the Eastern District of Pennsylvania. A. B. Stoughton, for appellant. W. P. Preble, for appellee.

PER CURIAM. This cause being called in its regular order, on the transcript of record from the Circuit Court of the United States for the Eastern District of Pennsylvania, and on motion of Joseph C. Fraley, of counsel for appellee, it is now here ordered, adjudged, and decreed by this court that the appeal in this cause be, and the same is hereby, dismissed at the costs of appellant.

---

In re DUNNING. (Circuit Court of Appeals, First Circuit. April 23, 1903.) No. 476. Petition for Revision of Proceedings of the District Court of the United States for the District of Massachusetts, in Bankruptcy. E. S. Mansfield and George R. Swasey, for petitioner. Jeremiah Smith, Jr., for respondent. Before COLT and PUTNAM, Circuit Judges, and ALDRICH, District Judge.

PER CURIAM. Petition dismissed by the court without prejudice and without costs, as per stipulation on file.